**MEMO ENDORSED**

Selina M. Ellis
WALSH PIZZI O'REILLY FALANGA LLP
140 Broadway, 46th Floor
New York, NY 10005
Phone: 212-380-1043
Fax: 973-757-1090
sellis@walsh.law

*Attorneys for Defendant Lance Trenary*

Defendant Trenary's motion to dismiss is denied without prejudice for failure to follow my Individual Rules (see § 3.A.ii.). The Clerk of the Court is directed to mail a copy of this endorsement on pro se Plaintiff, show proof of service on the docket and terminate the motion (doc. 23).

Dated: Dec. 15, 2019   SO ORDERED.

Nelson S. Román, U.S.D.J.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sherrance Henderson,<br><br>Plaintiff,<br><br>-against-<br><br>Golden Corral Systems, Inc, TD Bank, Small Business Administration, Lance Trenary, John Craig, Nitral Petal, Anthony Segretiti, and Jane and John Doe, et al<br><br>Defendants. | Civil Action No.: 19-CV-2878<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the Certification of Marc D. Haefner, with exhibits, the accompanying Memorandum of Law and all prior proceedings herein, Defendant Lance Trenary will move this Court for the entry of an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing with prejudice Plaintiff's Complaint.

Dated: December 11, 2019
New York, New York

WALSH PIZZI O'REILLY FALANGA LLP

By: *s/ Selina M. Ellis*
  Selina M. Ellis



USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 12/15/2019