UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHERRANCE HENDERSON,

    Plaintiff,

-against-

GOLDEN CORRAL SYSTEMS, INC. et al,

    Defendants.

19-CV-2878 (NSR)

SUPPLEMENTAL ORDER OF SERVICE

NELSON S. ROMÁN, United States District Judge:

On March 28, 2019, Plaintiff Sherrance Henderson ("Plaintiff"), proceeding *pro se*, commenced this action against Defendants John Craig, Golden Corral Systems, Inc., Golden Corral/Niral Patel, Niral Patel, Anthony Segreti, TD Bank, Lance Trenary, and the United States Small Business Administration. (See Complaint, ECF No. 2; Amended Complaint, ECF No. 8.) On September 30, 2019, the Court issued an Order of Service to allow Plaintiff to effect service on Defendants Golden Corral Systems, Inc., TD Bank, Lance Trenary, John Craig, Niral Patel, and Anthony Segretiti through the U.S. Marshals Service. (*See* ECF No. 10.) Service was not executed on Defendants Niral Patel and Anthony Segreti. (*See* ECF Nos. 14 and 17.)

By letter dated December 19, 2019, Plaintiff advised the Court of updated addresses for Defendants Niral A. Patel and Anthony P. Segreti. (*See* ECF No. 34.) To allow Plaintiff to effect service on these Defendants through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form (USM-285 form) for Niral A. Patel and Anthony P. Segreti. The service address for Niral A. Patel is: 17 Old Gick Road, Saratoga Springs, NY 12866. The service address for Anthony P. Segreti is: 145 Blue Hill Road, Hopewell Junction, New York 12533. The Clerk of Court is further instructed to issue a summons



1

and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon these Defendants.

It is Plaintiff's responsibility to ensure that service is made within 90 days of the date the summons is issued and, if necessary, to request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012).

The Clerk of Court is directed to mail a copy of this Order to Plaintiff and show proof of service on the docket.

Dated: January 29, 2020
       White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

**SERVICE ADDRESSES**

NIRAL A. PATEL
17 Old Gick Road
Saratoga Springs, NY 12866

ANTHONY P. SEGRETI
145 Blue Hill Road
Hopewell Junction, New York 12533