Docket in case # __19__ CV __2878__

**As:** **Letter from Plaintiff**
**Date:** **10** / **15** / 2020



Sherrance Henderson
385 Highland Avenue
Newark, New Jersey 07104
October 15, 2020

US Southern District Court House of White Plains New York
Honorable Judge Nelson S. Roman
300 Quarropas Street
White Plains, New York 10601

Re: 19-CV-2878
HENDERSON vs GOLDEN CORRAL FRANSHISE SYSTEMS, TDBANK, et el.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/2020

Dear Honorable Judge N.S.Roman:

Please read and see the enclosed news article in regards of  N. Petel. Petel  is one of the defendants in my case 19-cv-2878.

Golden Corral, TD Bank and N. Petel and a few others worked together as a team to steal my life fortune of over six million dollars. Golden Corral activated the Poughkeepsie Journal to destroy my personal character by covering over 17 news stories of my *every move and down to the termination of my Golden Corral Franchise license.* I am so poor that I wait online in my 78 year old mother's car for "food." Just to think, I lost everything in 51 days by the personal hands of my defendants.

I have also enclosed another new article which made national news.. Eric Holm of Golden Corral. Mr. Holms is an owner of over 40 store locations. Note, there is more to this story. Mr. Holmes is a franchisee AND is an *OWNER of GOLDEN CORRAL*! Unsure it this would in brench of "ANIT- TURST LAWS." However and notable, Holmes stores have been closed down due to roach and rat infestations by the Florida Department of Health yet Golden Corral granted Holmes the opportunity to reopen. *WHY?* Eric Holmes is one of the owners of GOLDEN CORRAL and sits on the corporate board of GOLDEN CORRAL. So Holmes stores and Franchi se Agreement does not have to be followed. Holm makes his own rules because he is NOT a franchise BUT one of the owners of GOLDEN CORRAL FRANCHISE SYSTEMS.

Holm filed for Chapter 11 and in accordance with the franchise document his license should be revoked. Holmes license WILL not be revoked at any time be not only is he a franchise but he is one of Golden Corral Franchisors. Unsure if this is illegal but for sure is unethical.

I thank you in advance for your review of the enclosed.

Yours truly,

Sherrance Henderson

BUSINESS

# Hotel and Golden Corral owners accused of misusing COVID-19 funds

Larry Rulison
Oct. 14, 2020Updated: Oct. 14, 2020 5:50 p.m.



The owner of a Saratoga Springs hotel and eight Golden Corral restaurants in upstate New York and New Jersey is being accused by Adirondack Trust Co. of misusing federal COVID-19 funds in a newly filed lawsuit. (archive photo)

SARATOGA SPRINGS — The owners of a Saratoga Springs hotel and several Golden Corral restaurants in upstate New York and New Jersey are being accused by Adirondack Trust Co. of misusing nearly $2 million in federal COVID-19 funds in a newly filed lawsuit.

Niral Patel and Nirmala Patel are listed as the defendants in the case as the owners of the hotel and restaurants.

They could not be reached for immediate comment Wednesday at their hotel, the Comfort Inn and Suites in Saratoga Springs. An employee said they were not available.

Nirmala is Niral's mother, according to the lawsuit.

The lawsuit accuses the Patels of using $1.9 million from the federal Paycheck Protection Program to pay off their mortgages. The money was supposed to be used for payroll and other business expenses to keep their businesses open. In fact, 60 percent of the funds must be used for payroll expenses under the program's regulations.

Otherwise, the money, which are potentially forgivable loans, must be paid back to the bank.

"Worse yet, the individual defendants used the PPP proceeds for personal expenses and attempted to conceal the improper use of proceeds and shield those proceeds from collection by (Adirondack Trust) and other creditors, by diverting them through a web of transfers among their various accounts," the lawsuit states. The Daily Gazette was the first to report the lawsuit.

The Patels own two Golden Corrals in New Jersey, as well as Golden Corral restaurants in Albany, Saratoga, Queensbury, Syracuse and Poughkeepsie, the lawsuit states.

## More for you

- 

**OPINION**

Letter: Saratoga Springs charter reform up for a vote Nov. 3

to the editor

The lawsuit says the restaurants have not been open since March 18, 2020 and the Patels "have no intention of reopening" them as Golden Corral restaurants because the buffet restaurant concept has "suffered irreparable damage in the eyes of consumers" and must be "repurposed."

The lawsuit says the Patels received a total of $1,979,600 from Adirondack Trust through the PPP and then deposited $1,924,000 into the personal checking account of Nirmala Patel before using the money for unauthorized purposes not related to the PPP.

# GOLDEN CORRAL'S

Eric Holm's 1069 Restaurant Group has run up a debt of $49.7 million. Only six of its 33 units are open.*By Peter Romeo on Oct. 05, 2020*

- **Facebook**
- Twitter
- **LinkedIn**



Photograph: Shutterstock

The largest operator of franchised Golden Corral buffet restaurants, 33-unit 1069 Restaurant Group, has filed for Chapter 11 bankruptcy protection.

The company is wholly owned by Eric Holm and his wife, Diane. It operates Golden Corrals through several subsidiaries, most based in Florida. The best-known among them may be Metro Corral Partners. The restaurants operated by that and other subsidiaries  are located in Florida and Georgia.

Court documents show the company has amassed a debt of $49.7 million, which 1069 attributed to restaurant closures and depressed

sales during the COVID-19 pandemic. All of the company's restaurants were closed in March, when most states banned self-service formats like buffets to slow the spread of coronavirus. Six have since reopened with modified service models, with plans already begun to resume operations in 18 more by the end of the year.

The company said it will use the breather afforded by bankruptcy to reconfigure its remaining restaurants to fit ongoing service restrictions and assess what branches may need to be permanently closed.

Metro Corral "notified us in advance of their intention to file voluntary Chapter 11 reorganization," Golden Corral Corp., the brand's franchisor, said in a statement issued to *Restaurant Business*. "We are working with the Metro Corral leadership team and anticipate that they will continue to operate 24 of their 33 Golden Corral franchised locations in Georgia and Florida."

Buffets have been particularly hard hit by the pandemic because of the ban on their underlying format. Golden Corral has experimented with several alternative service models, including what it calls a no-touch buffet, where customers wear gloves or use napkins to wield serving utensils without actually touching them. Some restaurants have also switched to cafeteria-style service where staff members dish out unlimited portions.

Golden Corral's buildings were not built to provide those alternative forms of service.

"The pandemic's business impact on our segment has been significant," said Golden Corral CEO Lance Trenary. "Recovery has been steady, but slow, and some franchisees will not be able to continue to operate without additional financial relief."

Restaurant service restrictions of all sorts were recently lifted in Florida, 1069's home and largest market.

The request for protection from creditors was filed in the U.S. Bankruptcy Court for the Middle District of Florida, Orlando Division.

***Update:*** *Comments on the bankruptcy from franchisor Golden Corral Corp. have been added. The company also provided more details about its new service formats.*

CORONAVIRUS    NEWS    SALES AND PROFITS

*New York, NY 07104*



OCT 15 2020

NELSON S. ROMAN
U.S. DISTRICT JUDGE
S.D.N.Y.

*U.S. Southern Dist Court House*
*Hon Judge Nelson S. Roman*
*300 Quarropas Street*
*White Plains, NY 10601*

## Photos - Do Not Bend  / Photos – Ne pas plier



Made in Canada
Fabriquée au Canada



100% Recyclable

PHOTO/DOCUMENT MAILER
POCHETTE À PHOTO/DOCUMENT

> Self Sealing / Fermeture autocollante

9 in x 11.5 in
23.36 cm x 29.21 cm
9 × 11.5 po

POLYAIR