# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
CORNUCOPIA QUEEN, INC.,

                    Plaintiff,                          19 **CIVIL** 2878 (NSR)

          -against-                                     **JUDGMENT**

  GOLDEN CORRAL FRANCHISING SYSTEMS, INC.,


                    Defendant.
-----------------------------------------------------------------------X


          It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons
stated in the Court's Opinion and Order dated July 7, 2025, Defendant's motion for summary
judgment is GRANTED. Plaintiff has failed to provide the Court with any evidence of
intentional racial discrimination sufficient to satisfy a Section 1981 claim. Moreover, Defendant
has offered the Court legitimate, non-discriminatory reasons for its allegedly discriminatory
actions that Plaintiff has failed to rebut. Because Plaintiff's Section 1981 claim is dismissed,
Plaintiff's claim for punitive damages is also necessarily dismissed; accordingly, the case is
closed.

**Dated:**  New York, New York

          July 8, 2025


                                                  **TAMMI M. HELLWIG**
                                          _____
                                                  **Clerk of Court**


                              BY: _____
                                                  **Deputy Clerk**